Richard S. Falcone, Bar No. 95265
Rodney B. Sorensen, Bar No. 196926
PAYNE & FEARS LLP
Attorneys at Law
One Embarcadero Center, Suite 2300
San Francisco, CA 94111
Telephone: (415) 398-7860
Facsimile: (415) 398-7863

Attorneys for Defendants
SOFTCHALK, LLC, SUE EVANS
ROBERT GODWIN-JONES and PETER HUNEKE

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC KORCHIN,<br><br>    Plaintiff,<br><br>  v.<br><br>SOFTCHALK, LLC, a corporation, SUE EVANS, ROBERT JONES, PETER HUNEKE, individuals, DOE ONE through DOE ONE HUNDRED, inclusive,<br><br>    Defendants. | CASE NO. C-07-0834 (PJH)<br><br>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTION; [PROPOSED] ORDER |

**IT IS HEREBY STIPULATED** by and between the parties to this action, through their designated counsel, that the above-captioned action be and hereby is dismissed with prejudice pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1).

The parties shall bear their own costs and attorneys' fees to achieve said dismissal.

DATED: __3/29__, 2007      LAW OFFICES OF RANDALL M. WIDMANN

By: _____
     RANDALL M. WIDMANN

Attorneys for Plaintiff
MARC KORCHIN

DATED: 4/6, 2007            PAYNE & FEARS LLP

By: /s/ Rodney B. Sorensen
RODNEY B. SORENSEN

Attorneys for Defendants
SOFTCHALK, LLC, SUE EVANS, ROBERT
GODWIN-JONES and PETER HUNEKE

### ORDER AND DISMISSAL WITH PREJUDICE

On reading the Joint Stipulation of the parties hereto for dismissal with prejudice of the entire action, and good cause appearing therefore,

IT IS HEREBY ADJUDGED, ORDERED AND DECREED that this action be dismissed with prejudice, with each party to bear its own attorney's fees and costs to achieve said dismissal.

The Court shall retain jurisdiction only to enforce this Stipulation between the parties.

**IT IS SO ORDERED:**

DATED: 4/10/07



JUDGE _____
UNITED STATES DISTRICT COURT

IT IS SO ORDERED
Judge Phyllis J. Hamilton

349239.1